## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Samuel A. McKnight



JUN 2 5 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 08-2141

(To be supplied by the Clerk of this Court)

Kankakee County, Tim Bukroski

Jerome Combs Detention Center

Giovanni Serleno, St. Mary's

Hospital, Johnson & Johnson

Dr. Long, Nurse Jean, Dr. Kim

Sunshine Surgical Center, Riverside Hospital

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

## CHECK ONE ONLY:

_____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

✓   **OTHER** (cite statute, if known) 42 USC 1983 + 28 USC 1332
(state, county, municipal + retailer-manufacturer)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: _Samuel Adam McKnight_

    B.    List all aliases: _____

    C.    Prisoner identification number: _R-64688_

    D.    Place of present confinement: _Henry Hill Correctional Center_

    E.    Address: _P.O. Box 1700 Galesburg, Illinois 61401_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Tim Buckoski_

           Title: _Sheriff of Kankakee County_

           Place of Employment: _Jerome Combs Detention Center_

    B.    Defendant: _Giovanni Serlerno (Serlano)_

           Title: _Doctor - Surgeon_

           Place of Employment: _Sunshine Surgical Center_

    C.    Defendant: _Johnson + Johnson Inc_

           Title: _Manufacturer of Ethicon Mesh Hernia Kit +(Retailer)_

           Place of Employment: _New Jersey, Delaware_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II. Defendants:

D.  Defendant: Dr. Jeffry Long
    Title: Physician
    Place of Employment: Jerome Combs Detention Center

E.  Defendant: Nurse Jean Richmond
    Title: Certified Registered Nurse
    Place of Employment: Jerome Combs Detention Center

F.  Defendant: St. Mary's Hospital
    Title: Health Care Provider
    Place of Employment: Kankakee County

G.  Defendant: Dr. You Kim
    Title: Physician
    Place of Employment: Riverside Hospital

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.   List all defendants: _____

_____

_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

_____

G.   Basic claim made:_____

_____

_____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

_____

_____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

In July of 2006 I had surgery performed on me at St. Mary's Hospital in Kankakee, Illinois by Dr. Giovanni Salerno of the Sunshine Surgical Center (Bourbonnais) for a hernia that I had sustained while working as an inmate, at the Jerome Combs Detention Center (J.C.D.C.)

Two days later (about        ), the sight where the surgery was done had become "red" and "hot to the touch." I began feeling sick and started having trouble using the restroom (sunday afternoon).

I was taken back to the hospital (      ) and the E.R. doctor (        ) said that it was infected and that I needed to be cut open in order to clean out the infection.

Dr. Salerno then came into the room and said that it wasn't infected, but that it was red because of the clear seal bandage that he used in place of stitches.

I was then sent back to JCDC. I had to go back to the Surgical Center three days later (      ) where Dr. Salerno again stated that it was impossible for it to be infected. There was also a correctional officer (Lassage) with me and he heard

4

the doctor say this. The doctor then cleared me to go back to general population.

Back at the JCDC, I was then given Penicillin by their doctor (Long   ) after I had already told her how badly allergic I was to Penicillin, which was posted on a red sticker on the side of my medical file at the jail.

She (Dr Long   ) said she didn't think that I was allergic and then the nurse (Jean   ) wrote that I needed to finish all of the Penicillin on the package.

Because of the nurse' order, the correctional officers kept telling me that I had to let the medication take its course. During this time I became sicker and sicker, which went on for about 8 days.

I was injured and sick and living in a new block called "K.D." where there were no phones hooked up that prevented me from calling my family or my doctor.

The sight of the wound began swelling up really bad and I hadn't been able to use the restroom or eat in 5 or 6 days. I could no longer get out of bed.

So on Friday (4th) I told the correctional officer (C/O) that I couldn't take the pain anymore. Instead of the nurse coming to check on me, she (Jean Richmond) left me some pain medication, which did nothing to stop or ease the pain.

Revised 9/2007

At this point I was very ill and feared that I might not make it through the weekend.

The C/O's then called the corporal on duty (Corporal Schlorendorf) and he contacted the nurse at home because there was no medical staff on duty at night. Corporal Schlorendorf then said the nurse said the medication needed to take its course.

The "lump" in my left pelvic area was now larger than a "baseball" and I really feared that I might die in there.

I was still unable to make any phone calls due to the fact that they had opened the jail too soon because Kankakee County had a contract with Cook County and brought 40 inmates in from Cook County.

Finally on Monday August 7th, the C/Os took me to a different doctor (Dr. Kim) at Riverside Hospital (          ). Dr. Kim took one look and told the C/O to get me over to emergency at St. Mary's and to have me admitted.

I was then given bags and bags of antibiotics through an "IV," but it was too late.

The next morning (the 8th) they cut me open and removed an "abscess" the size of a "baseball," that was so infected that Dr. Kim said I could have died from it, and that they couldn't sew the wound, but had to pack it with guaze everyday.

It felt like my intestines were being pulled out everyday and the pain was excruciating. It took almost 3 months to heal.

They also had to remove the whole hernia kit (          ) that was initially put in. The kit was made by Johnson + Johnson

My insides were messed up so badly that Dr. Kim said that they couldn't do surgery to install a new one for a whole year.

My entire groin area remains numb and it feels the same

6

as if my foot has fallen asleep.

In 2007 (          ), Dr. Kim performed the surgery and that's when he told me the damage was permanent.

There was also alot of scar tissue from Dr. Sarlerno's first attempt.

I still feel stabbing pains in the area where the surgery was performed.    Johnson + Johnson failed to provide adequate warning of their products' potential to malfunction.

<u>Pursuant to constitutional requirements, a pretrial detainee may not be punished prior to an adjudication of guilt in accordance with due process of law.</u>

Dr. Giovanni Serlerno is liable for medical malpractice because (1) there was a proper standard of care by which his conduct was measured, (2) there was a negligent failure to comply with applicable standard, and (3) resulting injury was directly caused by his lack of skill or care

Dr. Giovanni Serlerno is also liable because (1) he was aware that Plaintiff was suffering from a serious medical need (i.e. pain, redness, infection, sick feeling and trouble with bowel movements) as stated by the E.R. doctor and Plaintiff, and (2) he acted with deliberate indifference to the serious medical need by going against the E.R. doctor's diagnosis and refusing to take corrective action.

Thus, he's liable in his personal and official capacity because had Plaintiff not been a prisoner of the jail, he would've been treated with adequate and professional care.

Dr. Long is liable because (1)     was aware that Plaintiff was allergic to Penicillin (Plaintiff informing + posted on Medical File) but (2) acted with deliberate indifference by prescribing the drug anyway.

Therefore Dr. Long is also liable in personal and official capacity

Nurse Jean Richmond was also deliberately indifferent to Plaintiff's serious

7

medical condition when (1) she wrote that Plaintiff needed to finish all of the Penicillin on the package knowing that he was allergic, (2) she prescribed pain medication that was ineffective instead of coming to check on Plaintiff herself to make an adequate diagnosis (3) she told Corporal Schlorendorf that the medication needed to take its course after being told of Plaintiff's condition and that the pain medication wasn't working.  She is also liable in personal + official capacity

   The Constitution does guarantee that a prisoner will not knowingly be given inadequate treatment, and deliberate indifference can arise by failure to change clearly ineffective treatment. Chavez v. Cady, 207 F.3d 901, 905-06 (7th Cir. 2000) (finding a nurse deliberately indifferent when she provided the same treatment for the plaintiff... .... that she had provided a week earlier despite his suffering for seven more days).


   Johnson + Johnson under strict products liability, negligence, consumer fraud, common-law fraud + breach of warranty is liable because their product the "Ethicon Mesh Hernia Kit" malfunctioned and they (J+J) failed to provide adequate warning to the physicians and users that the kit may malfunction. The Defendants failed to warn consumers and their health care providers that the "Ethicon Mesh Hernia Kit" is more likely to malfunction in certain conditions and/or due to improper installation.
   Due to this failure to adequately warn, Dr. Serlerno refused to take appropriate and immediate action in the face of Plaintiff's complaints + the diagnosis of the E.R. doctor.

Tim Buckoski as sheriff was acting as county officer when managing J.C.D.C. and he has final policymaking authority over jail operations, and as a defendant he has a legal existence separate from the county, and he is accountable for events such as these, that happen in his jail. Therefore he's liable in his personal and official capacity.

Dr. Long, Nurse Jean and Dr. Kim are also liable in their personal and individual capacities.

Defendants Buckoski, Long, Nurse Jean & Serlerno caused Plaintiff intentional infliction of emotional distress, where (1) their conduct was extreme and outrageous, (2) they intended their conduct to inflict severe emotional distress or knew there was at least a high probability, their conduct would inflict such stress, and (3) that their conduct did cause severe emotional distress.

St. Mary's Hospital is liable because it allowed Dr. Serlerno to perform the acts that amounted to malpractice and it did nothing to prevent them.

## V.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

That this Court find the defendants committed the aforementioned acts against Plaintiff and order Buckoski, Serlerno, Long, Nurse Jean & Dr. Kim each to pay Plaintiff $5,000,000 for actual, compensatory +/or punitive damages and that Johnson & Johnson and St. Mary's Hospital pay each $20,000,000 actual, compensatory +/or punitive damages. Plaintiff prays this Court grant this +/or any such other relief deemed fair & just.

VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ 2nd day of June _____, 20 08

_____
(Signature of plaintiff or plaintiffs)

Samuel A McKnight
(Print name)

R64686
(I.D. Number)

Henry Hill CC
PO Box 1700
Galesburg IL 61401
(Address)

10

Revised 9/2007

IN THE

U.S. District Court

Central District of Illinois

Samuel A. McKnight                      )
Plaintiff,                                )
                                          )  Case No. _____
        v.                                )
                                          )
Kankakee County, Johnson & Johnson et al  )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: U. S. District Court                TO:

Central District of Illinois,           _____
201 S. Vine, 218 U.S. Courthouse         _____
Urbana, IL 61801                         _____
                                         _____

PLEASE TAKE NOTICE that on _____, 20 08, I have placed the
documents listed below in the institutional mail at ____ I4711 ____ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: _____

Complaint under Section 42 USC 1983 + 28 USC 1332 +
Motions to Appoint Counsel & In Forma Pauperis Application                    .

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: ____ 6 / 08 ____

                                        /s/ Samuel A. McKnight
                                        NAME: Samuel A. McKnight
                                        IDOC#: R64688
                                        Henry Hill  Correctional Center
                                        P.O. BOX 1700
                                        Galesburg , IL 61401

Revised Jan 2002